IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:15MJ 227-TFM |
| | ) | |
| SAUL GARRIDO ELGILO | ) | |

ORDER

Pending before the court is the *Motion to Dismiss* (Doc. 8).  For good cause shown, the

*Motion to Dismiss* (Doc. 8) is **GRANTED**.

DONE, this the 5th day of November, 2015.


/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE